1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division
4  BENJAMIN TOLKOFF (NYBN 4294443)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7296
7      FAX: (415) 436-6982
       Benjamin.Tolkoff@usdoj.gov
8
   Attorneys for United States of America
9

10                   UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                           OAKLAND DIVISION

13
   UNITED STATES OF AMERICA,         )   NO. CR 13-0198 PJH
14                                   )
       Plaintiff,                    )   NOTICE OF DISMISSAL AND ORDER
15                                   )
     v.                              )
16                                   )
   TANITRAH ELLIS,                   )
17                                   )
       Defendant.                    )
18 _____)

19
       With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United
20
   States Attorney for the Northern District of California dismisses the above indictment without prejudice.
21

22

23 DATED: January 7, 2014.                        Respectfully submitted,

24                                                MELINDA HAAG
                                                  United States Attorney
25

26                                                /s/
                                                  J. DOUGLAS WILSON
27                                                Chief, Criminal Division

28


   NOTICE OF DISMISSAL (CR 13-0198 PJH)

1    Leave is granted to the government to dismiss the indictment.

2

3

4  Date: 1/8/14

5  _____
   HON. PHYLLIS J. HAMILTON
   United States District Judge



NOTICE OF DISMISSAL (CR 13-0198 PJH)